UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IONA EZELL,

      Plaintiff,                                    Case No. 20-cv-12642

v.                                                Paul D. Borman
                                                    United States District Judge

COMMISSIONER OF                  Kimberly G. Altman
SOCIAL SECURITY,                  United States Magistrate Judge

      Defendant.

_____/

**ORDER
(1) ADOPTING MAGISTRATE JUDGE ALTMAN'S
FEBRUARY 18, 2022 REPORT AND RECOMMENDATION (ECF NO. 23),
(2) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT TO THE EXTENT IT SEEKS, IN THE ALTERNATIVE, A
REMAND (ECF NO. 14),
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 20), AND
(4) REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE
FOUR OF 42 U.S.C. § 405(g)**

On February 18, 2022, Magistrate Judge Kimberly G. Altman issued a Report and Recommendation to GRANT IN PART Plaintiff's Motion for Summary Judgment to the extent it seeks, in the alternative, a remand, DENY Defendant's Motion for Summary Judgment, and REMAND the matter for further administrative proceedings. (ECF No. 23, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 23), **GRANTS IN PART** Plaintiff's Motion for Summary Judgment to the extent it seeks, in the alternative, a remand (ECF No. 14), **DENIES** Defendant's Motion for Summary Judgment (ECF No. 20), and **REMANDS** the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Altman's analysis in her February 18, 2022 Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman  
Paul D. Borman  
United States District Judge

Dated: March 7, 2022